**STATE of Missouri, Respondent,**

v.

**Wayne L. BALANCE, Appellant.**

**Nos. WD 44228, WD 45400.**

Missouri Court of Appeals, Western District.

Oct. 6, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Nov. 24, 1992.

Application to Transfer Denied
Jan. 26, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert Alan Kelley, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from conviction, after trial by jury, of robbery in the first degree and denial of Rule 29.15 motion for post-conviction relief.

Judgments affirmed. Rule 84.16(b).